JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT DORSEY, an Individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HAGERTY, INC, a Foreign Michigan Corporation dba HAGERTY INSURANCE; DOE DEFENDANTS 1- 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:25-cv-01746-AB (JCx)<br><br>Assigned to Hon. Andre Birotte, Jr.<br><br>**JUDGMENT** |

　　On May 15, 2025, the Court entered an Order granting the defense's motion to dismiss with leave for Plaintiff Robert Dorsey ("Plaintiff") to file an amended complaint within 21 days of the Order.  (Dkt. No. 21.)   Plaintiff did not timely file an amended complaint.  This action is hereby **DISMISSED** with prejudice.

　　Plaintiff shall take nothing by way of his complaint, and **JUDGMENT IS ENTERED** in favor of all defendants.  Each party shall bear his or its own and costs and fees.

　　**IT IS SO ORDERED.**

Dated:  June 24, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE